HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JAVONTAE D. RUCKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-0095 TLN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE SENTENCING SCHEDULE** |
| JAVONTAE D. RUCKER, | Date: October 24, 2019 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Javontae Rucker, and plaintiff, United States of America, that sentencing (now set for October 24, 2019) may be rescheduled for Thursday, January 9, 2020, at 9:30 a.m. and that the schedule for preparation of the presentence report may be amended as follows:

| | |
|---|---|
| Draft PSR due | November 21, 2019 |
| Informal objections due | December 5 |
| Final PSR to be filed | December 12 |
| Motion to correct due | December 19 |
| Reply or non-opposition due | January 2, 2020 |

/ / / / /

-1-

The defense seeks this continuance in order to complete its collection of materials bearing on sentencing prior to the presentence interview.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 17, 2019          /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JAVONTAE D. RUCKER

McGREGOR SCOTT
United States Attorney

Dated: October 17, 2019          /s/ T. Zindel for R. Rust
ROSANNE RUST
Assistant U.S. Attorney

**O R D E R**

Sentencing is rescheduled to January 9, 2020. The above presentence schedule is hereby adopted.

IT IS SO ORDERED.

Dated: October 18, 2019

Troy L. Nunley
United States District Judge