| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | ROSANNE L. RUST<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br> v.<br><br>JAVONTAE D. RUCKER,<br><br>               Defendant. | CASE NO. 2:18-CR-95 TLN<br><br>STIPULATION AND ORDER TO CONTINUE DEFENDANT'S SENTENCING HEARING<br><br>DATE: January 9, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

Pursuant to an agreement between the parties, and the probation officer, Defendant Javontae Rucker, respectfully requests the Court to continue sentencing to March 19, 2020, at 9:30 a.m. and to adopt the following schedule for Disclosure and Sentencing in the above-referenced matter:

1

| | |
|---|---|
| Judgment and Sentencing date: | March 19, 2020 at 9:30 a.m. |
| Reply or Statement of No Opposition and any Sentencing Memos: | March 12, 2020 |
| Motion for Correction Filed: | February 18, 2020 |
| A Pre-Sentence Report with responses to Informal objections shall be filed with the court and disclosed to counsel no later than: | February 11, 2020 |
| Counsel's written objections to the Pre-Sentence report shall be delivered to the Probation Officer and opposing counsel no later than: | February 4, 2020 |
| The Pre-Sentence Report is due no later than: | January 21, 2020 |

Dated: December 20, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ ROSANNE L. RUST
ROSANNE L. RUST
Assistant United States Attorney

Dated: December 20, 2019

By: /s/ TIM ZINDEL
TIM ZINDEL
Assistant Federal Defender for defendant
Javontae D. Rucker

**ORDER**

IT IS SO ORDERED this 20th day of December, 2019.

Troy L. Nunley
United States District Judge

2