1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy_zindel@fd.org
5

6  Attorney for Defendant
   JAVONTAE D. RUCKER
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
   UNITED STATES OF AMERICA,          )  Case No.  2:18-CR-0095 TLN
12                                     )
                   Plaintiff,          )
13                                     )  **STIPULATION AND ORDER**
            vs.                        )  **RESCHEDULING SENTENCING**
14                                     )
   JAVONTAE D. RUCKER,                 )
15                                     )  Date:   March 19, 2020
                   Defendant.          )  Time:   9:30 a.m.
16                                     )  Judge:  Hon. Troy L. Nunley
   _____)
17

18

19       It is hereby stipulated and agreed between defendant, Javontae Rucker, and plaintiff,

20  United States of America, that the sentencing hearing scheduled for March 19 may be

21  rescheduled for Thursday, May 7, 2020, at 9:30 a.m.

22  / / / / /

23  / / / / /

24  / / / / /

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

-1-

The final presentence report and other materials have been filed but the parties ask to continue the hearing in light of concerns about social interaction during the coronavirus pandemic.

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: March 17, 2020

/s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JAVONTAE D. RUCKER

McGREGOR SCOTT
United States Attorney

Dated: March 17, 2020

/s/ T. Zindel for R. Rust
ROSANNE RUST
Assistant U.S. Attorney

**O R D E R**

Sentencing is rescheduled to May 7, 2020, at 9:30 a.m.

IT IS SO ORDERED.

Dated: March 17, 2020

Troy L. Nunley
United States District Judge