McGREGOR W. SCOTT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-0095 TLN |
| Plaintiff, | STIPULATION AND ORDER TO RESCHEDULE THE JUDGMENT AND SENTENCING HEARING |
| v. | |
| JAVONTAE RUCKER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request that the current judgment and sentencing hearing scheduled for May 7, 2020, at 9:30 a.m. be vacated and continued to June 18, 2020, at 9:30 a.m.

///

///

///

///

///

///

///

1       No deadlines need to be reset as the PSR is final and the parties have already submitted their

2   sentencing memoranda.

3       IT IS SO STIPULATED.

4

5   Dated:  April 30, 2020                          McGREGOR W. SCOTT
                                                    United States Attorney
6

7                                                   /s/ ROSANNE L. RUST
                                                    ROSANNE L. RUST
8                                                   Assistant United States Attorney

9

10  Dated:  April 30, 2020                          /s/ TIM ZINDEL

11                                                  TIM ZINDEL
                                                    Counsel for Defendant
12                                                  JAVONTAE RUCKER

13

14

15                                  **ORDER**

16      IT IS SO ORDERED this 30th day of April, 2020.

17

18

19

20                                          Troy L. Nunley
                                            United States District Judge
21

22

23

24

25

26

27

28