1  McGREGOR W. SCOTT
   United States Attorney
2  ROSANNE L. RUST
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-0095 TLN

12                         Plaintiff,      STIPULATION AND ORDER TO RESCHEDULE
                                           THE JUDGMENT AND SENTENCING HEARING
13                v.

14  JAVONTAE RUCKER,

15                         Defendant.

16

17                              **STIPULATION**

18          After conferring with the Court and the Probation Officer, plaintiff United States of America, by

19  and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby

20  stipulate and request that the current in-person judgment and sentencing hearing scheduled for February

21  11, 2021, at 9:30 a.m. be vacated and continued to May 20, 2021, at 9:30 a.m.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    No deadlines need to be reset as the PSR is final and the parties have already submitted their

2 sentencing memoranda.

3    IT IS SO STIPULATED.

4

5 Dated:  February 8, 2021                                    McGREGOR W. SCOTT
                                                             United States Attorney
6

7                                                             /s/ ROSANNE L. RUST
                                                             ROSANNE L. RUST
8                                                             Assistant United States Attorney

9

10 Dated:  February 8, 2021                                    /s/ TIM ZINDEL
                                                             TIM ZINDEL
11                                                             Counsel for Defendant
                                                             JAVONTAE RUCKER
12

13

14

15                                    **ORDER**

16    IT IS SO ORDERED this 8th day February, 2021.

17

18

19                                                             _____
                                                             Troy L. Nunley
20                                                             United States District Judge

21

22

23

24

25

26

27

28