PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JAVONTAE RUCKER,<br><br>          Defendant. | CASE NO. 2:18-CR-0095 TLN<br><br>ORDER RE: UNITED STATES' MOTION TO CONTINUE RESTITUTION HEARING |

**ORDER**

Based on the United States' Motion to Continue the Restitution Hearing, the Court vacates the current restitution hearing set for August 5, 2021, and reschedules it for September 2, 2021 at 9:30 a.m.

DATED: August 3, 2021

_____
Troy L. Nunley
United States District Judge

1