PHILLIP A. TALBERT
Acting United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0095 TLN |
|---|---|
| Plaintiff, | ORDER RE: RESTITUTION |
| v. | |
| JAVONTAE RUCKER, | |
| Defendant. | |

    The Court having considered the stipulation of the United States and the Defendant Javontae Rucker ("defendant") with respect to restitution in this matter, and good cause appearing, hereby ORDERS:

    1. The individuals identified as "Cindy," "Tara," "Jack," "Kauzie," "Jenny," and "Andy" are victims in this case within the meaning of 18 U.S.C. § 3663.

    2. A reasonable and appropriate amount of restitution in the amount of $1,000 shall be paid to each of those victims.

    3. The Court will issue an amended Judgment and Commitment Order to reflect the following:

        a. Restitution is ordered to be paid as follows:

            i. $1,000 shall be paid to "Cusack, Gilfillan & O'Day, LLC for 'Cindy'" and the payments shall be sent to: Cusack, Gilfillan & O'Day, LLC for Cindy (2:18-CR-0095 TLN), 415 Hamilton Blvd., Peoria, Illinois 61602;

            ii. $1,000 shall be paid to "Tara" and the payments shall be sent to the address of

record for "Tara" on file in the Victim Notification System, which the Eastern District of California's Clerk shall access to complete the restitution payment for "Tara";

    iii. $1,000 shall be paid to "Deborah A. Bianco in trust for Jack'" and the payments shall be sent to: Deborah A. Bianco in trust for "Jack" (2:18-CR-0095 TLN) 14535 Bellevue-Redmond Road, Suite 201, Bellevue, WA 98007;

    iv. $1,000 shall be paid to "Deborah A. Bianco in trust for Kauzie" and the payments shall be sent to: Deborah A. Bianco in trust for Kauzie (2:18-CR-0095 TLN) 14535 Bellevue-Redmond Road, Suite 201, Bellevue, WA 98007;

    v. $1,000 shall be paid to "Marsh Law Firm PLLC in trust for Jenny" and the payments shall be sent to: The Marsh Law Firm PLLC ATTN: Jenny (2:18-CR-0095 TLN) Box 4668 #65135, New York, NY 10163-4668; and

    vi. $1,000 shall be paid to "Marsh Law Firm PLLC in trust for Andy'" and the payments shall be sent to: Marsh Law Firm PLLC ATTN: Andy (2:18-CR-0095 TLN), 548 Market Street #65135, San Francisco, CA 94104-5401.

4. There are no other outstanding restitution issues in this case. Therefore, the Court vacates the restitution hearing set for September 2, 2021, at 9:30 a.m.

IT IS SO ORDERED.

Dated: August 31, 2021

Troy L. Nunley
United States District Judge

ORDER RE: RESTITUTION